Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Central District of California

Western Division

| | |
|---|---|
| **FILED** | |
| CLERK, U.S. DISTRICT COURT | |
| 08/27/2021 | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| BY: ram          DEPUTY | |

Fee Paid

Hideyuki Kimura
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

Lisa Toscano,  Adam Runkel, and Anthony Wood
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   2:21-cv-06899-PA-AGRx
_____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Hideyuki Kimura |
| Street Address | 2-6-19 Yonegahama-Dori |
| City and County | Yokosuka Kanazawa |
| State and Zip Code | Kanagawa 238-0011 |
| Telephone Number | 050-3575-7110 |
| E-mail Address | avitwit@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known).*  Attach additional pages if needed.
   Defendant No. 1

| | |
|---|---|
| Name | Lisa Toscano |
| Job or Title *(if known)* | Federal Aviation Administration Enforcement Division Western Team |
| Street Address | 5000 Aviation Blvd |
| City and County | Lawndale |

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  | |
|---|---|
| State and Zip Code | Carifornia 90261 |
| Telephone Number | (310) 725-7110 |
| E-mail Address *(if known)* | Lisa.M.Toscano@faa.gov |

Defendant No. 2

|  | |
|---|---|
| Name | **Adam Runkel** |
| Job or Title *(if known)* | Deputy Assistant Chief Counsel Washington DC |
| Street Address | 800 Independence Avenue, SW |
| City and County | |
| State and Zip Code | Washington, DC 20591 |
| Telephone Number | 202-267-5158 |
| E-mail Address *(if known)* | Adam.Runkel@faa.gov |

Defendant No. 3

|  | |
|---|---|
| Name | **Anthony Wood** |
| Job or Title *(if known)* | Aviation Safety Inspector, Operations Riverside, Ca. FSDO-WP21 |
| Street Address | 6961 Flight Road |
| City and County | Riverside |
| State and Zip Code | California 92504 |
| Telephone Number | (951) 276-6701 Ext. 217 |
| E-mail Address *(if known)* | Anthony.L.Wood@faa.gov |

Defendant No. 4

|  | |
|---|---|
| Name | |
| Job or Title *(if known)* | and other |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*
☐  Federal question                    ☐  Diversity of citizenship

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Code of Federal Resulations Title 14 Aeronautics and Space
U.S. Department of Transportation Federal Aviation Administaratrion Order JO 7110.65Y
Civil code : Infringment, Defamation, Libel, Racism, Discrimination, Prejudice against national origin
Criminal cade : Tamparing restricted data, Mischeif, Misconduct, Negligence, Hiding, Conspiracy
            Attempted Murder, Attempted Aircraft destraction

The plaintiff has not been in U.S. since 2016.
The statute of limitation is stoping, because the plaintiff has been force to live out of jurisdiction.

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.     If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.     If the defendant is a corporation
The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The basis for the calculation of damages compensation and consolation is the monetary penalty $ 1437 / EACH DAY calculated by Lisa Toscano on July 7, 2017. January 8th, 2016 pay $ 1437 daily between being falsely accused at Chino Airport and paying after the trial is over. Late damages impose statutory interest rates.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In the evening of January 8, 2016 Cessna 172 N54680 flight at Chino Airport was no problem, but according to FAA inspector Anthony Wood and legal officer Lisa Toscano, ATC controllers Brian Schimpf and Brian Johnson reported MID AIR COLLISION with N166TW. On January 10th, plaintiff flew at the same airport and same area in the afternoon and crossed the final approach course within the Chino Tower airspace. This is due to the controll of ATC, and the most important cross-final audio is deleted for 15 seconds with noise. There is no sound that can be heard at a glance, and Japanes acoustic expert proves that there is no data. It has also been proved that there is no data completely even with waveform software, and the data disappears from the contents of the conversation. Plaintiff have appealed on AUDIO CUT, UNNATURAL SILENT since Anthony Wood emailed Audio and Radar Tracking Recordings MP4 in September 2016, and so far more than 1000 emails have sent MP4 to thousand of FAA staff. I sent back the deleted MP4 data, but there is no answer from anyone. I also informed FAA enforcement Lisa Toscano and Adam Runkel, but dispose of it based on the deleted MP4 data. NTSB ALJ staff Robert Combs and ALJ Alfonso Monteo made DISMISS APEAL knowing the plaintiff's allegations. FAA enforcement chief council Naomi Tsuda did not even confirm the evidence sent by the plaintiffs. Nate Purdy and Larry Arima at the US Embassy in Japan refused to take any action by order from U.S. . FAA audio and certification branch did not work at all. Since December 2018, there have been no responses to any emails. Victor Luke of Los Angeles attorney NOTICE to FAA at SF95 at the end of 2020, but did nothing else and even 9 months later he doesn't even start a complaint draft. We are considering compensation for damages to him. Therefore, the plaintiff decided to prepare the complaint myself and submit it to the court. Defendant destroyed one of the two evidences and the other edited and erased. Admit crimes with no evidence, return plaintiff's certificate, rescover plaintiff's honor, and accept compensation. The court should promptly accept the complaint and begin the hearing.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiff is the author of Airplane Flying Instruction Book that FAA's instruction are wrong. Plaintiff's contents of book that points out, criticizes, and completely clean up FAA's error greatly. It's not unnatural for FAA to dislike this author and distract. The data on January 8, 2016 has been discarded and has not been submitted, and the most important part of the data on January 10 has been completely erased. Nevertheless, FAA forcibly disposed of. There is a special motive. FAA has not responded at all, although it has been appealing for data erasure for a total of more than 5 years. Although the period of disposal is reexamination, there is no answer to the inquiry for reexamaniation. Plaintiff is Asian, foreigner and excellent pilot and also a leader in Aviation. FAA falsified Audio and Radar Tracking Recordings MP4 data and dispose of pilot certificate to surpress the plaintiff's activities. It's like an Inquisition for absentia, after which FAA continues to ignore until today. It is to destroy the trust of the US administration, it's a terrible Negeligence. The same is true of the US judicial, if not trial. Basis for calculating Compensation for damages

1. On July 7 2017, Lawndate legal officer Lisa Toscano ordered to take monetary penalty $1437 each day. Plaintiff will charge the dominant one $1437 each day. Minor criminals are commutation. 15 people are felony and others minior criminals. Today, over 2070 days had passed since Jan 8 2016. The felony must pay 3 million US doller. $ 3 million × 15 people = $ 4.5 billon

2. 2. All FAA staff must pay 1% of everyone's annual income. Because this case is organized crime by all FAA. The number of FAA staff are 45,000 people. The burden on one person is small, but the total amount is huge. If FAA staff average annual income is $ 35,000, 1% is $ 350 Multiply by 45,000 people for a total $ 15,750,000. Total $ 15,750,000 × 6 year = $94,500,000

3. 3. If I got Aviation job in US from 2016. I must make a money for Flight Instructor or Airline Crew. The estinate annual income are $150000 or 200000 at least. My age was 46 years old, the retirement age is 65, so FAA must pay for 19 years. Now 51 years old, airline crew is difficult for hired at age. It is the smallest in terms of money. $200000 ×19 years = $ 3,800,000

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      August 23 2021

Signature of Plaintiff
Printed Name of Plaintiff      Hideyuki Kimura

### B.   For Attorneys

Date of signing:

Signature of Attorney

1Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____