AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Hideyuki Kimura <br><br> *Plaintiff(s)* <br> v. <br> Lisa Toscano, Adam Runkel and Adam Wood <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:21-cv-06899-PA-AGRx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Toscano 5000 Aviation Blvd. Lawndale, CA 90261
Adam Runkel 800 Independence Ave SW Washington DC 20591
Anthony Wood 6961 Flight Rd. Riverside, CA 92504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*