**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDEYUKI KIMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>    Defendant. | Nos.  ED CV 21-1597 PA (AGRx);<br>        LA CV 21-6899 PA (AGRx)<br><br>JUDGMENT |
| HIDEYUKI KIMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA TOSCANO, et al.,<br><br>    Defendants. | |

Pursuant to the Court's March 23, 2022 Minute Order granting the United States of America's Motion to Dismiss without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Hideyuki Kimura's ("Plaintiff") actions are dismissed with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the United States of America shall have its costs of suit.

IT IS SO ORDERED.

DATED: March 26, 2022

                                                      _____
                                                      Percy Anderson
                                         UNITED STATES DISTRICT JUDGE