Name/Address of Attorney or Pro Per

_____

_____

_____

Telephone _____

☐ FPD     ☐ Apptd     ☐ CJA     ☐ Pro Per

FILED
CLERK, U.S. DISTRICT COURT

5/5/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kss _____ DEPUTY

LA CV 21-6899 PA
ED CV 21-1597 PA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | _____ |
| v. |  |
|  | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:**  ☐ **28 U.S.C. 753(f)** |
| DEFENDANT(S). | ☐ **28 U.S.C. 1915** |

The undersigned _____, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1.  I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a.  _____

   b.  _____

   c.  _____

2.  Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor.  I swear that the following responses are true.

   a.  Are you presently employed?  ☐ Yes     ☐ No.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   _____

   _____

   b.  Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   ☐ Yes     ☐ No.

   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   _____     _____

   _____     _____

   _____     _____

c.  Are you presently employed in prison?  ☐ Yes    ☐ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d.  Do you own any cash or do you have money in a checking or savings account?  ☐ Yes    ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this

affidavit. _____

_____

e.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary

household furnishings and clothing)? _____

_____

f.  In what year did you last file an income tax return? _____

_____

g.  Approximately how much income did your last tax return reflect? _____

_____

h.  List the persons who are dependent upon you for support and state your relationship to those persons.

_____

_____

i.  State monthly expenses, itemizing the major items. _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

_____
*Signature of Party*

4. 14. 2022
_____
*Date*

_____
*Signature of Attorney*
*(Disregard if filed in propria persona)*