

UNDELIVERABLE MAIL

Case: 2:21cv6899  Doc: 71

Hideyuki Kimura
2-6-19 Yoneghama-Dori
Yokosuka, Kanazawa, 238-0011